THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | No. 2:21-cv-00918-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>March 10, 2022 |

Plaintiff Smartwings, A.S. ("Smartwings") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Boeing's time to answer or otherwise respond to Smartwings' Complaint, *see* Dkt. No. 1, shall be extended to April 11, 2022. Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for Boeing to answer or otherwise respond to the Complaint to April 11, 2022.

IT IS SO STIPULATED by and between the parties.

DATED: March 10, 2022.

s/ Callie A. Castillo [approved by email]
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214

**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
Telephone: 206.233.7000
Facsimile: 206.223.7107
E-mail: schoeggld@lanepowell.com
E-mail: castilloc@lanepowell.com

*Attorneys for Plaintiff Smartwings, A.S.*

s/ Ulrike B. Connelly
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Laura C. Hill, WSBA No. 49229

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: EWolff@perkinscoie.com
E-mail: EWeiss@perkinscoie.com
E-mail: UConnelly@perkinscoie.com
E-mail: GMiller@perkinscoie.com
E-mail: LHill@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATION FOR EXTENSION OF
TIME AND ORDER
(No. 2:21-cv-00918-RSM) – 2

92435381

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer or otherwise respond to Smartwings' Complaint shall be extended to April 11, 2022.

DATED this 11th day of March, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Ulrike B. Connelly
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Laura C. Hill, WSBA No. 49229

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: EWolff@perkinscoie.com
E-mail: EWeiss@perkinscoie.com
E-mail: UConnelly@perkinscoie.com
E-mail: GMiller@perkinscoie.com
E-mail: LHill@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

s/ Callie A. Castillo [approved by e-mail]
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214

**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
Telephone: 206.233.7000
Facsimile: 206.223.7107
E-mail: schoeggld@lanepowell.com
E-mail: castilloc@lanepowell.com

*Attorneys for Plaintiff Smartwings, A.S.*