THE HONORABLE RICHARD S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY,<br><br>          Defendant. | Case No. 2:21-cv-00918-RSM<br><br>STIPULATED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 17, 2022 |

    Plaintiff Smartwings, A.S. ("Smartwings") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Smartwings' First Amended Complaint (ECF No. 40) shall be extended to November 10, 2022.

    IT IS SO STIPULATED by and between the parties.

1 | DATED: October 17, 2022

2 | By:  s/ *Callie A. Castillo*　　　　　　　　　　By: s/ *Ulrike B. Connelly*
David M. Schoeggl, WSBA No. 13638　　　Steve Y. Koh, WSBA No. 23284
3 | Callie A. Castillo, WSBA No. 38214　　　　　Eric B. Wolff, WSBA No. 43047
Katie D. Bass, WSBA No. 51369　　　　　　Ulrike B. Connelly, WSBA No. 42478
4 | **Lane Powell PC**　　　　　　　　　　　　　Gregory F. Miller, WSBA No. 56466
1420 Fifth Avenue, Suite 4200　　　　　　　Michelle L. Maley, WSBA No. 51318
5 | P.O. Box 91302　　　　　　　　　　　　　　**Perkins Coie LLP**
Seattle, Washington 98111-9402　　　　　　1201 Third Avenue, Suite 4900
6 | Telephone: 206.223.7000　　　　　　　　　Seattle, WA  98101-3099
schoeggld@lanepowell.com　　　　　　　　Telephone: 206.359.8000
7 | castilloc@lanepowell.com　　　　　　　　　Facsimile: 206.359.9000
bassk@lanepowell.com　　　　　　　　　　Email:   SKoh@perkinscoie.com
8 | 　　　　　　　　　　　　　　　　　　　　　EWolff@perkinscoie.com
Attorneys for Smartwings, A.S.　　　　　　UConnelly@perkinscoie.com
9 | 　　　　　　　　　　　　　　　　　　　　　GMiller@perkinscoie.com
10 | 　　　　　　　　　　　　　　　　　　　　MMaley@perkinscoie.com

11 | 　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO COMPLAINT AND [PROPOSED] ORDER
 (2:21-cv-00918-RSM) – 2
92506857

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to Smartwings' First Amended Complaint (ECF No. 40) shall be extended to November 10, 2022.

DATED this 17th day of October, 2022.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ *Callie A. Castillo*
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214
Katie D. Bass, WSBA No. 51369
**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com
Attorneys for Smartwings, A.S

| | |
|---|---|
| 1 | |
| 2 | By:  s/ *Ulrike B. Connelly* |
| 3 |      Steve Y. Koh, WSBA No. 23284
    Eric B. Wolff, WSBA No. 43047 |
| 4 |      Ulrike B. Connelly, WSBA No. 42478
    Gregory F. Miller, WSBA No. 56466 |
| 5 |      Michelle L. Maley, WSBA No. 51318
**Perkins Coie LLP** |
| 6 | 1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099 |
| 7 | Telephone: 206.359.8000
Facsimile: 206.359.9000 |
| 8 | Email:    SKoh@perkinscoie.com
EWolff@perkinscoie.com |
| 9 | UConnelly@perkinscoie.com
GMiller@perkinscoie.com |
| 10 | MMaley@perkinscoie.com
 *Attorneys for Defendant The Boeing Company* |

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO COMPLAINT AND [PROPOSED] ORDER
 (2:21-cv-00918-RSM) – 4
92506857