UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., A CZECH REPUBLIC COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY, A DELAWARE CORPORATION,<br><br>                    Defendant. | No. 2:21-cv-918-RSM<br><br>ORDER DENYING MOTION TO INTERVENE |

This matter comes before the Court on Kornél Várhelyi's (the "Proposed Intervenor") Motion to Intervene ("Motion"). The Court, having considered the Motion, Defendant The Boeing Company's Opposition thereto, and the remainder of the record, DENIES the Motion for the reasons set forth in Boeing's Opposition. The Court agrees that there is no basis for intervention as of right under Rule 24, and that the introduction of a class action tort lawsuit by pilots into this commercial suit between Boeing and one of its airline customers is not warranted under permissive intervention.

**IT IS SO ORDERED.**

DATED this 20th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING
MOTION TO INTERVENE
(No. 2:21-cv-918-RSM) – 1

92406613