UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>                   Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>                   Defendant. | No. 2:21-cv-00918-RSM<br><br>STIPULATED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT AND ORDER |

Plaintiff Smartwings, A.S. ("Smartwings") and Defendant The Boeing Company ("Boeing") have stipulated that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Smartwings' First Amended Complaint (ECF No. 40) shall be extended to November 14, 2022.  Dkt. #50.  **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**. The deadline for Boeing to respond to Smartwings' First Amended Complaint (Dkt. #40) shall be extended to November 14, 2022.

DATED this 14th day of November, 2022.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGEp

ORDER – 1