THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>                        Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                        Defendant. | Case No.  2:21-cv-00918-RSM<br><br>**ORDER GRANTING PLAINTIFF S UNOPPOSED MOTION TO AMEND CASE SCHEDULE** |

Before the Court is Plaintiff Smartwings, a.s.'s Unopposed Motion to Amend the Case Schedule. The Court has considered the Motion and Declaration of counsel and hereby grants the motion.

The Court ORDERS the case schedule to be amended as follows:

| Event | Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | October 25, 2023 |
| Deadline for filing motions related to discovery | November 30, 2023 |
| Rebuttal Expert Reports | December 1, 2023 |
| Reply Experts Reports (if any) | December 22, 2023 |
| Discovery completed by | February 2, 2024 |
| All dispositive motions must be filed by | February 22, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | March 8, 2024 |
| All motions in limine must be filed by | March 25, 2024 |
| Agreed pretrial order due | April 17, 2024 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | April 17, 2024 |
| Jury trial date | April 22, 2024 |

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND CASE SCHEDULE - 1
CASE NO. 2:21-cv-00918-RSM

132370.0001/9352579.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED.

DATED this 19th day of April, 2023.

                                                                    RICARDO S. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

*s/ Callie A. Castillo*
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214
Andrew G. Yates, WSBA No. 34239
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
schoeggld@lanepowell.com
castilloc@lanepowell.com
yatesa@lanepowell.com

*Attorneys for SMARTWINGS, a.s.*

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND CASE SCHEDULE - 2
CASE NO. 2:21-cv-00918-RSM

132370.0001/9352579.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107