THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                Defendant. | No. 2:21-cv-00918-RSM<br><br>**STIPULATED MOTION AND ORDER TO REVISE CASE SCHEDULE DEADLINE**<br><br>NOTED FOR CONSIDERATION: OCTOBER 17, 2023 |

      Plaintiff Smartwings, A.S. ("Smartwings") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), the deadlines for the (1) disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be extended to November 28, 2023; (2) rebuttal expert reports shall be extended to January 9, 2024; (3) reply expert reports (if any) shall be extended to January 26, 2024, and (4) completion of discovery shall be extended to February 13, 2024. No other deadlines (or the trial date) are impacted by this motion. The parties stipulate to an extension of these deadlines on grounds that they will still be deposing fact witnesses over the next two months and for efficiency, would like to move back the expert disclosures (and then navigate around the holidays).

      Accordingly, both parties respectfully request that the Court enter an order extending the deadlines for the disclosure of expert materials and completion of discovery.

STIPULATED MOTION FOR REVISION OF
CASE SCHEDULE
(No. 2:21-cv-00918-RSM)

92571728.1

IT IS SO STIPULATED by and between the parties.

DATED October 17, 2023.

       *s/ Callie Castillo*
David M. Schoeggl, WSBA No. 13638
Callie Castillo, WSBA No. 38214
Katie Bass, WSBA No. 51369
Andrew G. Yates, WSBA No. 34239
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com
yatesa@lanepowell.com

**Lane Powell PC**
1420 Fifth Ave. Suite 4200
Seattle, WA 9811
Telephone:  206.223.7000
Facsimile:  206.223.7107

*Attorneys for Plaintiff Smartwings, a.s.*

*s/ Ulrike B. Connelly*
Harry H. Schneider, Jr., WSBA No. 9404
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
HSchneider@perkinscoie.com
SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The deadlines for the disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be extended to November 28, 2023. The deadline for rebuttal expert reports shall be extended to January 9, 2024. The deadline for reply expert reports (if any) shall be extended to January 26, 2024. The deadline to complete discovery shall be extended to February 13, 2024.

DATED this 18th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Callie Castillo*
David M. Schoeggl, WSBA No. 13638
Callie Castillo, WSBA No. 38214
Katie Bass, WSBA No. 51369
Andrew G. Yates, WSBA No. 34239
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com
yatesa@lanepowell.com

**Lane Powell PC**
1420 Fifth Ave. Suite 4200
Seattle, WA 9811
Telephone:  206.223.7000
Facsimile:  206.223.7107
*Attorneys for Plaintiff Smartwings, a.s.*

STIPULATED MOTION FOR REVISION OF
CASE SCHEDULE
(No. 2:21-cv-00918-RSM) –3

s/ *Ulrike B. Connelly*
Harry H. Schneider, Jr., WSBA No. 9404
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
HSchneider@perkinscoie.com
SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com
*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR REVISION OF
CASE SCHEDULE
(No. 2:21-cv-00918-RSM) –4