THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTWINGS, A.S., a Czech Republic Company,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | No. 2:21-cv-00918-RSM<br><br>**STIPULATED MOTION AND ORDER TO STAY CASE DEADLINES**<br><br>NOTED FOR CONSIDERATION: NOVEMBER 16, 2023 |

Plaintiff Smartwings, a.s. ("Smartwings"), and Defendant The Boeing Company ("Boeing"), by and through their counsel, stipulate and agree as follows:

1. The parties have reached a settlement in principle.

2. The parties will need additional time to finalize the terms of a formal settlement agreement that is sufficient to allow Plaintiff to dismiss this action with prejudice.

3. The parties hereby agree to stay all case activity until December 22, 2023, and to suspend all existing case deadlines and pending motions.

4. Good cause exists for a brief stay because the case may settle without further activity, and a stay would preserve judicial and party resources.

5. On or before January 10, 2024, Plaintiff will file a stipulation of voluntary dismissal with prejudice or the parties will provide a joint update to the Court regarding the status of

STIPULATED MOTION AND ORDER TO STAY
CASE DEADLINES
(No. 2:21-cv-00918-RSM)

132370.0001/9573450.1

settlement and, if necessary, a proposed, revised case schedule for the Court's consideration. Such a proposed revised case schedule will include the re-noting date for Plaintiff's pending Motion For Leave To Amend The Complaint To Add Claims Regarding Pre-Contract Fraud (ECF No. 83).

IT IS SO STIPULATED by and between the parties.

DATED November 16, 2023.

s/ *Callie Castillo*
David M. Schoeggl, WSBA No. 13638
Callie Castillo, WSBA No. 38214
Katie Bass, WSBA No. 51369
Andrew G. Yates, WSBA No. 34239

**Lane Powell PC**
1420 Fifth Ave. Suite 4200
Seattle, WA 98101
Telephone:  206.223.7000
Facsimile:  206.223.7107
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com
yatesa@lanepowell.com
*Attorneys for Plaintiff Smartwings, a.s.*

s/ *Ulrike B. Connelly*
Harry H. Schneider, Jr., WSBA No. 9404
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
HSchneider@perkinscoie.com
SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com
*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO STAY
CASE DEADLINES
(No. 2:21-cv-00918-RSM) – 2

132370.0001/9573450.1

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

All case activity is stayed until December 22, 2023. On or before January 10, 2024, Plaintiff will file a stipulation of voluntary dismissal with prejudice or the parties will provide a joint update to the Court regarding the status of settlement. If the parties are unable to finalize a settlement by December 22, 2023, they will submit a proposed revised case schedule no later than January 10, 2024, for the Court's consideration. Such a proposed revised case schedule will include the re-noting date for Plaintiff's pending Motion For Leave To Amend The Complaint To Add Claims Regarding Pre-Contract Fraud (ECF No. 83).

DATED this 17th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s /Callie A. Castillo
David M. Schoeggl, WSBA No. 13638
Callie Castillo, WSBA No. 38214
Katie Bass, WSBA No. 51369
Andrew G. Yates, WSBA No. 34239

**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91322
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com
yatesa@lanepowell.com

*Attorneys for Plaintiff Smartwings, a.s.*


s/ *Ulrike B. Connelly*
Harry H. Schneider, Jr., WSBA No. 9404
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
HSchneider@perkinscoie.com
SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO STAY
CASE DEADLINES
(No. 2:21-cv-00918-RSM) – 4

132370.0001/9573450.1